UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MAURICE MILES SR., | Case No. CV 25-05737-AB(AS) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| LOS ANGELES POLICE DEPARTMENT, | |
| Respondents. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed.[1] Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action with prejudice.

---

[1] On November 20, 2025, the Notice of Filing Report and Recommendation and the attached Report and Recommendation, issued on November 4, 2025, were returned to the Court as undeliverable. (Dkt. No. 11). The stamp on the mailing envelope indicates that Petitioner has been released. Id.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: December 29, 2025

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE